■ ROSA SURIANO et al., Appellants, v JOSEPH MAKAS et al., Respondents. — Appeal from an order of the Supreme Court, Nassau County (Di Paola, J.), dated November 3, 1980, dismissed as academic, without costs or disbursements. That order was superseded by a further order of the same court, dated March 31, 1981, which upon reargument, adhered to the original determination. Order dated March 31, 1981 affirmed insofar as appealed from, without costs or disbursements. No opinion. Lazer, J. P., Mangano, Gibbons and Gulotta, JJ., concur.